No. 435. HUNSBERGER v. FISCHER ET AL. December 7, 1942.

No. 444. O'KEITH v. JOHNSTON, WARDEN. December 7, 1942.

No. 49. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. R. DOUGLAS STUART; and
No. 48. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. JOHN STUART. See *ante,* p. 154.

Nos. 437, 438, and 439. HALLIDAY ET AL. v. OHIO EX REL. SQUIRE, SUPERINTENDENT OF BANKS, ET AL. December 14, 1942.

No. 451. BAKER v. HUNTER (SUCCESSOR TO HUDSPETH), WARDEN. December 14, 1942.

No. 462. KOOLISH ET AL., TRADING AS STANDARD DISTRIBUTING CO., v. FEDERAL TRADE COMMISSION. December 14, 1942.

No. 244. MONKS v. LEE ET AL. December 21, 1942.

No. 364. BUNN v. ATLANTA. December 21, 1942.

No. 561. EDWARDS v. UNITED STATES. December 21, 1942.

No. 381. VILES v. SYMES ET AL. December 21, 1942. The motion for leave to file petition for rehearing is denied.